**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sanyo Lidy, ) | No. CV-06-326-PHX-LOA |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

This matter arises on the Court's review of the file. Plaintiff commenced this action on or about January 27, 2006 (Dkt. #1). Defendant Joseph Arpaio filed his Answer on June 13, 2006 (Dkt. #8) Plaintiff has filed his consent to the exercise of jurisdiction by a United States magistrate judge (Dkt. #4).

On June 15, 2006, the undersigned issued a Notice of Assignment and Order (Dkt. #9) ordering that Defendant Joseph Arpaio shall file within 20 days of the date of it's Order either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a U. S district judge.

As of this date, Defendant Joseph Arpaio has failed to file his written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge.

District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

1  Because the period within which Defendant Joseph Arpaio was to file his written election
2  has passed, the Court orders Defendant Joseph Arpaio to show cause in writing on or before
3  **July 21, 2006** why this Court should not impose sanctions.
4  Accordingly,
5  **IT IS HEREBY ORDERED** that Defendant Joseph Arpaio show cause in writing on
6  or before **July 21, 2006** why this Court should not impose sanctions against him for failure to
7  comply with this Court's Orders.  Defendant may purge any sanctions by either consenting to
8  magistrate judge jurisdiction or electing to have this case assigned to a district judge before the
9  July 21, 2006 deadline.
10  DATED this 12th day of July, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge