**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sanyo Lidy, | ) | No. CV-06-326-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

    This Court has received and considered Defendant's Response to its Order to Show Cause issued July 12, 2006 ordering Defendant to show cause in writing on or before July 21, 2006 why this Court should not impose sanctions against him for failure to comply with this Court's orders.

    Defendant has satisfactorily responded to the Court's Order to Show Cause. The Court hereby vacates the July 21, 2006 Order to Show Cause deadline.

    The parties have now given their full consent for the undersigned to conduct all further proceedings in this case, including trial and entry of final judgment, and conduct all post-judgment proceedings, with direct review by the Ninth Circuit Court of Appeals, if an appeal is filed.

    The Court will issue a separate Order Setting Scheduling Conference

    DATED this 21st day of July, 2006.

Lawrence O. Anderson
United States Magistrate Judge