**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sanyo Lidy, | ) No. CV-06-326-PHX-LOA |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph Arpaio, | ) |
| Defendant. | ) |

This matter arises on the Court's review of the file. Plaintiff commenced this action on January 27, 2006 (document #1). On March 9, 2006, the Court granted Plaintiff in forma pauperis status. (document #5)

The Order directed that:

> at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date . . . Failure to file a Notice of Change of Address may result in dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(document #5).

Despite the Court's Order, on July 31, 2006, the Court received mail addressed to Plaintiff marked "return to sender - attempted - not known - unable to forward" (documents #s 16, 17, 18 and 19). Plaintiff has not advised the Court of his apparent change of address.

Federal Rule of Civil Procedure 41(b) provides that the Court may dismiss an action for failure to comply with any order of court.

1   In view of Plaintiff's failure to comply with the Court's March 9, 2006 Order,

2   **IT IS HEREBY ORDERED** that on or before **10:30 a.m. on August 21, 2006**
3   Plaintiff show cause why this matter should not be dismissed without prejudice for failure to
4   comply with Court orders.  See, FED.R.CIV.P. 41(b).

5   **IT IS FURTHER ORDERED** that in light of all the returned mail sent by the
6   Clerk to Plaintiff's last known address (8150 West Palo Verde Avenue, Peoria, AZ 85345)
7   including the July 27, 2006 Order Setting Scheduling Conference, the August 21, 2006
8   Scheduling Conference is hereby **VACATED**.

9   DATED this 7th day of August, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -