**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sanyo Lidy,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV-06-326-PHX-LOA<br><br>**ORDER** |

This matter arises on the Court's review of the file. On August 7, 2006, the Court issued an Order to Show Cause (docket #20) for Plaintiff to show cause why this matter should not be dismissed without prejudice for failure to comply with Court orders and for not immediately advising the Court and the United States Marshal of any change of address and its effective date.

In the Court's aforesaid Order (docket #20), the Rule 16 Scheduling Conference previously scheduled for August 21, 2006 was vacated.

On September 25, 2006, Plaintiff filed a Notice of Change of Address. On September 27, 2006, the Clerk of the Court remailed copies of Docket #s 10, 12, 14, 15, 20 and 21.

**IT IS ORDERED** that the Court's Order to Show Cause is hereby **DISCHARGED**.

1 **IT IS FURTHER ORDERED resetting** a Rule 16 Scheduling Conference to
2 **Monday, November 27, 2006 at 2:00 p.m.**
3 **IT IS FURTHER ORDERED affirming** all orders contained in the Court's
4 previous Order Setting Rule 16 Scheduling Conference (docket #15) except for the date and
5 time of said conference.
6 DATED this 26th day of October, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge