**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sanyo Lidy, | ) | No. CV-06-326-PHX-LOA |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph Arpaio, | ) ) | |
| Defendant. | ) ) ) | |

In preparation for the Court's Rule 16 Scheduling Conference scheduled for Monday, November 27, 2006, and in light of the confusion caused by Plaintiff's failure to keep the Court apprised of his current mailing address, the undersigned's judicial assistant called defense counsel, Lisa Stelly-Wahlin , to confirm that the parties were working towards the timely filing of their Rule 26(f) joint case management report as ordered previously in the Court's Order Setting Scheduling Conference. (docket #15)  Ms. Wahlin advised the Court's judicial assistant that Plaintiff is currently incarcerated in the Maricopa County Jail. She provided the Court with the Plaintiff's current mailing address while he is incarcerated and the Plaintiff's date of release of December 18, 2006.

The Court will again remind Plaintiff of his duty that "at all times during the pendency of this action, Plaintiff shall immediately advise the court and the United States Marshal of any change of address and its effective date.... Failure to file a Notice of Change of Address may result in dismissal of the action for failure to prosecute pursuant to Rule 41(b) of

1 the Federal Rules of Civil Procedure."  Also see LRCiv 83.3(d).  Federal Rule of Civil
2 Procedure 41(b) also provides that the court may dismiss an action for failure to comply with
3 any order of court and for a plaintiff's lack of prosecution.

4     Due to the Plaintiff's inability to physically attend the November 27, 2006
5 scheduling conference due to his incarceration and the parties' inability to prepare and timely
6 file the Rule 26(f) joint status report, the Court, on its own motion, will reset the Rule 16
7 Scheduling Conference.

8     **IT IS ORDERED continuing** the Rule 16 Scheduling Conference from Monday,
9 November 27, 2006 to **Tuesday, January 16, 2007 at 10:00 a.m.**

10     **IT IS FURTHER ORDERED affirming** all orders contained in this Court's
11 Order Setting Scheduling Conference (docket #15) except for the date and time of the
12 conference.

13     **IT IS FURTHER ORDERED directing the Clerk of the Court** to mail to
14 Plaintiff docket #s 15 and 25 to: Sanyo Lidy, Booking #P207934, Towers Jail, 3127 West
15 Gibson Lane, Phoenix, Arizona 85009.

16     **IT IS FURTHER ORDERED** that within five (5) days of his release from
17 custody, Plaintiff shall advise the Clerk in writing of either his new address or affirm his former
18 non-custodial address. Absent good cause shown, Plaintiff's failure to keep the Court apprised
19 of a current mailing address may result in the dismissal of this case.

20     DATED this 20th day of November, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge