**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sanyo Lidy,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　　Defendant. | No. CV-06-326-PHX-LOA<br><br>**ORDER** |

On January 16, 2007 the Court issued an Order (docket #32) granting Defendant's Motion for Judgment on the Pleadings (docket #25) without prejudice **IF** Plaintiff timely files a First Amended Complaint on or before **February 16, 2007** to cure the deficiencies outlined in the Court's Order (docket #32). Plaintiff was further advised absent good cause shown, if Plaintiff fails to timely file a First Amended Complaint on or before **February 16, 2007** the dismissal shall be with prejudice without further notice to Plaintiff and that no extension of this deadline will be granted.

There has been no activity in this case since the Court's January 16, 2007 (docket #32) Order.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint in this action is **dismissed** with Prejudice. The Clerk of Court shall enter judgment accordingly.

DATED this 8th day of March, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge